# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANIEL FUENTES RIVERA,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY; Warden of Imperial Regional Detention Facility; PATRICK DIVVER, Field Office Director, San Diego Field Office, Immigration and Customs Enforcement; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>Respondents. | Case No.: 26cv0813 DMS SBC<br><br>**ORDER REQUIRING RESPONSE** |

On February 9, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Respondents shall file their response to the Petition on or before **February 19, 2026**. Petitioner shall file his reply on or before **February 23, 2026**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees,

1

attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

   **IT IS SO ORDERED**.

Dated:  February 12, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv0813 DMS SBC