**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH DANIEL FUENTES RIVERA, | Case No.:  26cv0813 DMS SBC |
| Petitioner, | **ORDER DISMISSING CASE AS MOOT** |
| v. | |
| JEREMY CASEY; Warden of Imperial Regional Detention Facility; PATRICK DIVVER, Field Office Director, San Diego Field Office, Immigration and Customs Enforcement; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, | |
| Respondents. | |

In light of Respondents' Return to the Petition, the Court dismisses this case as moot.

**IT IS SO ORDERED**.

Dated:  March 16, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv0813 DMS SBC